UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In Re:

                                                Case No.: 8:21-bk-03523

CLAUDIA MORALES,                          Chapter 7
    Debtor.
_____/

## MOTION TO DISMISS CASE

Debtor, CLAUDIA MORALES, though the undersigned counsel, requests entry of an order dismissing this case and states:

1. Debtor filed this Chapter 7 bankruptcy case on 07/02/2021.

2. Debtor seeks dismissal of the case because counsel for Debtor inadvertently filed duplicative actions on behalf of Debtor.

3. Debtor has an open Chapter 7 bankruptcy bearing case number 8:21-bk-03524 in which Debtor is pursuing.

WHEREFORE, Debtor respectfully requests that the Court enter an order dismissing this case and for such further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to has been sent via electronic notice to the following persons on this 9th day of July 2021.

Carolyn R. Chaney
PO Box 530248
St. Petersburg, FL 33747

                                          */s/ Thomas P. Gill, Jr.*
                                          Law Office of Thomas P. Gill, Jr., P.L.
                                          Thomas P. Gill, Jr., Esquire
                                          Florida Bar No.: 0767980
                                          Email: Tom@GillLawOffice.com
                                          Jana C. Barnett, Esquire
                                          Florida Bar No.: 1015230
                                          Email: Jana@GillLawOffice.com
                                          Service Email: Service@GillLawOffice.com
                                          137 South Parsons Avenue
                                          Brandon, FL 33511
                                          Tel. (813) 654-0514
                                          Fax (813) 684-3805
                                          Attorneys for Debtors